FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2025 MAY 21  PM 4: 47

CLERK-LA?

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 25-1573 KG |
| | ) |
| vs. | ) 18 U.S.C. § 2422(b): Coercion and |
| | ) Enticement of a Minor. |
| **JUAN JOSE CARDIEL-** | ) |
| **HERNANDEZ, SR., a.k.a. Juan Jose** | ) |
| **Cardiel, Sr.,** | ) |
| | ) |
| Defendant. | ) |

## I N D I C T M E N T

The Grand Jury charges:

From on or about January 1, 2024, and continuing to on or about April 16, 2024, in Doña

Ana County, in the District of New Mexico, and elsewhere, the defendant, **JUAN JOSE**

**CARDIEL-HERNANDEZ, SR., a.k.a. Juan Jose Cardiel, Sr.,** using any facility of interstate

and foreign commerce, knowingly persuaded, induced, enticed, and coerced any individual who

had not attained the age of 18 years, to engage in any sexual activity for which any person could

be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2422, the defendant, **JUAN**

**JOSE CARDIEL-HERNANDEZ, SR., a.k.a. Juan Jose Cardiel, Sr.,** shall forfeit to the

United States, pursuant to 18 U.S.C. § 2428: any property, real or personal, used or intended to

be used to commit or to facilitate the commission of such violation; and any property, real or

personal, constituting or derived from any proceeds  the defendant obtained, directly or

indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

a.  a silver IMAC Laptop, serial number CO2CQ68PMNHP;

b.  an iPhone with red case, serial number DX5DXKMWKX;

c.  a tablet with purple case and charger, serial number 2980PU2208Z08834;

d.  a Data Traveler USB;

e.  a Lexar USB with "Devorle Final" written on it;

f.  a Sandisk USB with "Flor Y Canto" written on it;

g.  a Sandisk Eleven USB with "Paisajes" written on it;

h.  a Tashiba USB with "Cancionero" written on it;

i.  a Tashiba USB, with "Famz" written on it;

j.  a Sandisk 1 Xpand Flash Drive Flip;

k.  a Version flip phone, serial number A0000003533083;

l.  a Western Digital hard drive, serial number WMAD11998658;

m.  a Cumbias Molina CD-R;

n.  a black Acer laptop with charger, serial number WSPT02164146FDD3400; and

o.  a black Dell laptop with charger, serial number CH235C2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*JAS/RCW*